UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID JEFFREY CENEDELLA,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL MYERS SQUIBB CO., a Delaware corporation doing business in Washington,<br><br>Defendant. | CASE NO. 2:23-cv-274<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: On November 9, 2023, the Court ordered Plaintiff David Jeffery Cenedella to show cause why this matter should not be dismissed without prejudice under Fed. R. Civ. P. 4(m) for failure to effect timely service. Dkt. No. 8. Cenedella did not respond to the Court's Order. *See* docket generally. Accordingly, the Court DISMISSES Cenedella's case without prejudice.

Dated this 27th day of November 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

*/s/ Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2